IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JODY M. CURTIN                                                                            PLAINTIFF

v.                    NO. 4:19-cv-00431 SWW-PSH

ANDREW SAUL, Commissioner of                                              DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Jody M. Curtin.

IT IS SO ORDERED this 4th day of June, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE