**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JODY M. CURTIN                      *
            PLAINTIFF       *
                                *
V.                               *
                                *       CASE NO.  4:19CV00431 SWW
                                *
ANDREW SAUL, Commissioner of the    *
Social Security Administration         *
            DEFENDANT      *

**ORDER**

Before the Court is Plaintiff's motion for $5,749.90 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, [ECF Nos. 15, 16].  The Commissioner has responded that it has no opposition to the motion [ECF No. 17].  After careful consideration, the Court finds that Plaintiff is entitled to attorney's fees in the amount requested.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. See *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).  Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees [ECF No. 15] is GRANTED.  Plaintiff is awarded $5,749.90.

IT IS SO ORDERED THIS  17TH  DAY OF AUGUST, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE